Agree to affirm, with ten per cent damages under section 3251 of the Code of Civil Procedure; no opinion.

All concur.

Judgment affirmed.

———————

RUTH PERCEY, as Administratrix, etc., Appellant, *v.* FITCH-BURG RAILROAD COMPANY, Respondent.

(Argued January 25, 1895; decided February 8, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made March 1, 1894, which affirmed a judgment in favor of defendant entered upon an order dismissing the complaint on trial at Circuit.

*G. B. Wellington* for appellant.

*F. F. Hamilton* for respondent.

Agree to affirm; no opinion.

All concur.

Judgment affirmed.